# BONDURANT MIXSON & ELMORE LLP

JOHN H. RAINS IV
Writer's Direct Dial - 404.881.4128
rains@bmelaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/03/2020

March 2, 2020

Honorable Katharine H. Parker
United States Magistrate Judge
USDC, Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 1007-1312

**MEMO ENDORSED**

Re: Settlement Conference Scheduled for March 18, 2020
*ESI Cases and Accessories, Inc. v. Home Depot Product Authority, LLC*
Civil Action No. 18-cv-11507-JMF

Dear Judge Parker:

My firm represents the defendant in the above-referenced action. Opposing counsel recently moved to withdraw, and the Court granted that request, giving the plaintiff thirty days to retain new counsel. Given that written discovery remains outstanding from the plaintiff and the requested F. R. Civ. P. 30(b)(6) deposition has yet to occur, and recognizing that substitute counsel will almost certainly require time to familiarize themselves with the facts and legal issues, we believe an adjournment of the settlement conference currently scheduled for March 18, 2020 is in order. I spoke with your chambers by phone last Friday, and was advised to request an adjournment by letter filed on the docket.

Please let me know if I may be of further assistance, or if you have any questions.

Sincerely,

John H. Rains IV

cc: Ronan P. Doherty, Esq. (via ECF)
David M. Pollack, Esq. (via ECF)

ESI Cases and Accessories, Inc. (via United States Mail)
44 East 32nd Street
6th Floor
New York, NY 10016

One Atlantic Center • 1201 West Peachtree St. NW • Suite 3900 • Atlanta, GA 30309 • www.bmelaw.com

APPLICATION GRANTED: The settlement conference in this matter currently scheduled for Wednesday, March 18, 2020 at 10:00 a.m. is rescheduled to Wednesday, April 22, 2020 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare preconference submissions in accordance with Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than April 15, 2020 by 5:00 p.m.

APPLICATION GRANTED

*[Signature: Katharine H. Parker]*

Hon. Katharine H. Parker, U.S.M.J.

**03/03/2020**