# BONDURANT MIXSON & ELMORE

**JOHN H. RAINS IV**
Writer's Direct Dial - 404.881.4128
rains@bmelaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/2020

April 15, 2020

VIA CM/ECF

Honorable Katharine H. Parker
United States Magistrate Judge
USDC, Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY  1007-1312

> The settlement conference scheduled for April 22, 2020 at 10:00 a.m. is hereby adjourned to **July 29, 2020 at 10:00 a.m**. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **July 22, 2020 by 5:00 p.m.**

Re:   Settlement Conference Scheduled for April 22, 2020
      *ESI Cases and Accessories, Inc. v. Home Depot Product Authority, LLC*
      Civil Action No. 18-cv-11507-JMF

SO ORDERED:

/s/ Katharine H. Parker
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

4/16/2020

Dear Judge Parker:

The parties in the above-referenced matter jointly move for an adjournment of the telephonic settlement conference scheduled for next Wednesday, April 22, 2020.  Plaintiff's replacement counsel has just recently appeared, and none of the discovery the parties need for a productive settlement conference has been completed.  The stay-at-home orders and extraordinary disruptions caused by the Covid-19 pandemic and these case-specific developments prompted Defendant to move Judge Furman for a 120-day extension of all remaining discovery and case management deadlines.  The parties are waiting on a ruling on that letter motion.

I have conferred with Plaintiff's counsel by e-mail regarding this letter motion and they consent to an adjournment of the settlement conference as well as the modification of the discovery schedule.  Please let me know if I can answer any questions or be of any further assistance.

Respectfully submitted,

*/s/ John H. Rains IV*

John H. Rains IV

cc:   All Counsel of Record via CM/ECF