USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/22/2020

MEMO ENDORSED

**WILLIAM M. PINZLER, ESQ.**
1700 Broadway
41st Floor
New York, New York 10019

---

Telephone (646) 412-3245
Facsimile (212) 757-0469
Email: WMP@wpinzlerlaw.com

July 21, 2020

Honorable Katharine H. Parker
United States Magistrate Judge USDC,
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 1007-1312

       Settlement Conference Scheduled for July 29, 2020
       ESI Cases and Accessories, Inc. v. Home Depot Product Authority, LLC
       Civil Action No. 18-cv-11507-JMF

Dear Judge Parker:

      The parties in the above-referenced matter jointly move for an adjournment of the telephonic settlement conference scheduled for July 29, 2020. As a result of the disruptions caused by the pandemic, none of the discovery between the parties has been completed. These events have caused us to request and for Judge Furman to grant a discovery extension until late September of all remaining discovery and case management deadlines. We have conferred with Defendant's counsel by e-mail regarding this letter motion and they consent to an adjournment of the settlement conference for an additional 60 days. Please let me know if I can answer any questions or be of any further assistance. Respectfully submitted,

                                             Sincerely,

                                             *William M. Pinzler*

                                             William M. Pinzler
                                             Attorney for Plaintiff

Cc: All counsel by ECF

**APPLICATION GRANTED:**  The settlement conference in this matter currently scheduled for Wednesday, July 29, 2020 at 10:00 a.m. is rescheduled to <u>Wednesday, September 30, 2020 at 10:00 a.m.</u>  Counsel is directed to call Judge Parker's teleconference line at the scheduled time.  <u>Please dial (866) 434-5269, Access code: 4858267.</u>  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than <u>September 23, 2020 by 5:00 p.m.</u>

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

**07/22/2020**