**WILLIAM M. PINZLER, ESQ.**
1700 Broadway
41st Floor
New York, New York 10019

Telephone (646) 412-3245
Facsimile  (212) 757-0469
Email: WMP@wpinzlerlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/22/2020
```

**MEMO ENDORSED**

September 21, 2020

Hon, Katharine H. Parker
US Magistrate Judge
United States District Court
Southern District of New York
50 Pearl Street
New York, NY 10007-1312

      *Settlement conference scheduled for September 30, 2020*
      *ESI Cases and Accessories, Inc. v. Home Depot*
      *Civil Action No. 18-cv-11507 JMF*

Dear Judge Parker:

  The parties in the above referenced matter jointly move for an adjournment of the telephonic settlement conference scheduled for September 30, 2020. Judge Furman has granted the parties a 30 day extension to complete discovery and we request a similar adjournment of the settlement conference as a conference before discovery is concluded is likely not to be productive. Defendant's counsel concurs in this request for an adjournment.

            Respectfully submitted,

            William M Pinzler

cc: All counsel by ECF

**The settlement conference in this matter currently scheduled for Wednesday, September 30, 2020 at 10:00 a.m. is rescheduled to <u>Monday, November 9, 2020 at 2:15 p.m.</u>  Counsel is directed to call Judge Parker's teleconference line at the scheduled time.  Please dial (866) 434-5269, Access code: 4858267.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than <u>November 2, 2020 by 5:00 p.m.</u>**

SO ORDERED:

*Katharine H Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

**09/22/2020**