```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
    :
ESI CASES AND ACCESSORIES, INC.,    :
    :
                      Plaintiff,    :
    :   18-CV-11507 (JPC) (KHP)
    -v-    :
    :   NOTICE OF
HOME DEPOT PRODUCT AUTHORITY, LLC,    :   <u>ADJOURNMENT</u>
    :
                    Defendant.    :
    :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        The Pretrial Conference scheduled for December 9, 2020, at 11:00 a.m. is hereby adjourned to January 15, 2021, at 10:00 a.m.  Unless the Court directs otherwise, the Court plans to conduct the conference by teleconference.  At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.  Absent leave of Court obtained by letter-motion filed before the conference, all pretrial conferences must be attended by the attorney who will serve as principal trial counsel.

        SO ORDERED.

Dated: December 2, 2020
       New York, New York

                                                       JOHN P. CRONAN
                                                    United States District Judge