UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                        :

ESI CASES AND ACCESSORIES, INC.,        :
                                                        :

                        Plaintiff,      :

                                                        :       18-CV-11507 (JPC) (KHP)

     -v-                           :

                                                        :       <u>ORDER</u>

HOME DEPOT PRODUCT AUTHORITY, LLC,  :

                                                        :

                        Defendant.    :

                                                        :

------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Pretrial Conference scheduled for January 27, 2021, at 10:30 a.m. is hereby adjourned

*sine die*.  By no later than two weeks after the conclusion of the settlement conference with Judge

Parker, (Dkt. 118), the parties are directed file a status letter with the Court.  In that status letter,

the parties should address the status of their settlement discussions and whether the parties request

a Pretrial Conference before the Court's disposition of Defendant's Motion for Summary

Judgment, (Dkt. 115).

      SO ORDERED.

Dated: January 25, 2021
      New York, New York              _____
                                         JOHN P. CRONAN
                                United States District Judge